IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RUSSELL E. CASTON,

    Plaintiff,

V.

                           CASE NO. C2-08-200
                           JUDGE EDMUND A. SARGUS, JR.
                           MAGISTRATE JUDGE NORAH MCCANN KING

THOMAS E. HOAGLIN, et al.,

    Defendants.

### ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

3-10-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE